Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Leo Vance, <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. <br> _____ | CASE NO. 1:10-cv-00782-OWW-SKO <br><br> STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |

    IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is October 11, 2010. The new due date will be November 10, 2010. The scheduling order should be modified accordingly.

Dated: October 12, 2010                    /s/ Sengthiene Bosavanh

                                            SENGTHIENE BOSAVANH, ESQ.
                                            Attorney for Plaintiff

Dated: October 12, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Brenda Pullin
                                            (as authorized via e-mail)
                                            BRENDA PULLIN
                                            Special Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, IT IS ORDERED that Plaintiff shall serve his confidential letter brief upon Defendant **by no later than November 10, 2010**.  All dates in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 10-1 ¶14.)

IT IS SO ORDERED.

**Dated:  October 13, 2010**                       /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE