BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LEO WAYNE VANCE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-CV-0782-OWW-SKO<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Administrative Law Judge (ALJ) will provide Plaintiff the opportunity to submit additional evidence, offer Plaintiff a de novo hearing, and will issue a new decision addressing the entire period at issue for his November 14, 2006 application for Supplemental Security Income. The ALJ will be directed to further address the medical source opinions including the opinion of treating

physician M. Ganga Hematillake, M.D., pursuant to the provisions of 20 C.F.R. § 416.927 and Social Security Rulings 96-2p and 96-5p, and to explain the weight given to such opinion evidence.

    It is further stipulated that the administrative decision complained of is hereby vacated. The Clerk of this Court shall be directed to enter a separate judgment in favor of plaintiff, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: December 6, 2010

*/s/ Sengthiene Bosavanh*
(As authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: December 4, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   December 7, 2010**                    **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE