1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney
   Social Security Administration
5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8975
7      Facsimile:  (415) 744-0134
       E-Mail: Brenda.Pullin@ssa.gov
8
9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                    **FRESNO DIVISION**

13  LEO WAYNE VANCE,              )
                                  )    CIVIL NO. 1:10-CV-0782-OWW-SKO
14       Plaintiff,               )
                                  )
15            v.                  )    STIPULATION AND ORDER AWARDING
                                  )    ATTORNEY FEES UNDER THE EQUAL
16  MICHAEL J. ASTRUE,            )    ACCESS TO JUSTICE ACT (28 U.S.C.
    Commissioner of              )    § 2412(d))
17  Social Security,              )
                                  )
18       Defendant.               )
                                  )
19  _____)

20

21

22       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

23  subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

24  Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND SEVEN HUNDRED

25  FIFTY DOLLARS AND 00/CENTS ($1,750.00).  This amount represents compensation for all legal

26  services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

27  with 28 U.S.C. § 2412(d).

28

1

2          After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

3   consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

4   to Astrue v. Ratliff, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the

5   assignment will depend on whether the fees and expenses are subject to any offset allowed under the

6   United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses

7   is entered, the government will determine whether they are subject to any offset.

8          Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

9   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

10  fees and expenses to be made directly to the Law Offices of Jeffrey Milam, pursuant to the assignment

11  executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

12         This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

13  and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.

14  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims

15  that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in

16  connection with this action.

17         This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

18  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

19                                              Respectfully submitted,

20  Dated: March 7, 2011                        */s/ Sengthiene Bosavanh*
21                                              (As authorized via e-mail)
                                                SENGTHIENE BOSAVANH
22                                              Attorney for Plaintiff

23  Dated: March 7, 2011                        BENJAMIN B. WAGNER
                                                United States Attorney
24

25                                              */s/ Brenda M. Pullin*
                                                BRENDA M. PULLIN
26                                              Special Assistant U.S. Attorney

27                                              Attorneys for Defendant

28

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Plaintiff be awarded $1,750.00 in attorney fees under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

**Dated:    March 31, 2011**                              /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE